## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                       **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                       **GREENBELT, MARYLAND 20770**
                                                                                                                                                          **301-344-0052**

## M E M O R A N D U M

TO:         Counsel of Record

FROM:     Judge Roger W. Titus

RE:         *United States of America v. Jerome Nathaniel Holloway*
                 Criminal No. RWT-16-0018

DATE:     October 4, 2016

\* \* \* \* \* \* \* \* \*

After conferring with the parties, the telephone status conference previously scheduled for November 17, 2016 is hereby **RESCHEDULED** for **November 22, 2016 at 3:00 p.m.**, to be initiated by counsel for the Government.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                                      /s/
                                                                   Roger W. Titus
                                                                   United States District Judge